# Court of Appeals
# of the State of Georgia

ATLANTA, __March 14, 2018__

*The Court of Appeals hereby passes the following order:*

**A18E0035. LONNIE ROBINSON v. THE STATE.**

Convicted of DUI (less safe) and the traffic offenses of improper backing and disregarding a traffic control device, Lonnie Robinson has filed in this Court a Motion For Emergency Relief pursuant to this Court's Rule 40 (b). Therein, Robinson contests certain provisions set forth in the trial court's Supersedeas Bond Order entered March 7, 2018.

Upon review and consideration of Robinson's motion, we conclude that said motion fails to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b). Consequently, Robinson's Motion for Emergency Relief is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/14/2018__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*